Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Leiasa | Louise | Beckham |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of California

Case number BK-26-30686-HLB (If known)

FILED
NOV 23 2026
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

☑ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $ 7,156,040.40 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 25,913,699.01 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $ 33,069,739.41 |

### Part 2: Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $ 7,085,782.71 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 19,113.46 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $ 73,721.36 |
| **Your total liabilities** | $ 7,178,617.53 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* | $ |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* | $ |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14. — $ 590.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

**From Part 4 on *Schedule E/F*, copy the following:**

| | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 19,113.46 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ |
| 9d. Student loans. (Copy line 6f.) | $ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ |
| 9g. **Total.** Add lines 9a through 9f. | $ 19,113.46 |

**Fill in this information to identify your case and this filing:**

Debtor 1: Leiasa (First Name) Louise (Middle Name) Beckham (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Northern District of California

Case number: 26-30686

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

**1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1. 824 Green Street
Street address, if available, or other description

San Francisco (City) Ca (State) 94133 (ZIP Code)

San Francisco (County)

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other ADU: 330 sq ft Pending

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 3,500,000.00
**Current value of the portion you own?** $ 3,500,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
100% Equitable: Fraud Transfer

☑ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** 11 U.S.C. (§ 363(c)),1124(2)

If you own or have more than one, list here:

1.2. 812-814-816 Green Street
Street address, if available, or other description

San Francisco (City) Ca (State) 94133 (ZIP Code)

San Francisco (County)

**What is the property?** Check all that apply.
☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☑ Other ADU: 786 sq ft pending

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $ 2,060,540.00
**Current value of the portion you own?** $ 2,060,540.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
100% Equitable: Fraud Transfer

☑ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:** 11 U.S.C. (§ 363(c)),1124(2)



Case: 26-30686 Doc# 42 Filed: 11/23/26 Entered: 11/23/26 14:29:12 Page 3 of 33

1.3. 1284-1268-1288 California Street
Street address, if available, or other description

San Francisco Ca 94109
City State ZIP Code

San Francisco
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☑ Other Proposed ADU: 550 sq ft

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** 11 U.S.C. (§ 363(c)),1124(2)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 1,595,500.40 | $ 1,595,500.40 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
100% Equitable: Fraud Transfer

☑ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ........ ➔ $ 7,156,040.40

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ☐ No
- ☑ Yes

3.1. Make: Volvo
Model: Xc90
Year: 2010
Approximate mileage: 165,000
Other information:
Ca Vehicle Retirement; 11 U.S.C. § 363(b)

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 2,000.00 | $ 2,000.00 |

If you own or have more than one, describe here:

3.2. Make:
Model:
Year:
Approximate mileage:
Other information:

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

3.3. Make: ____
Model: ____
Year: ____
Approximate mileage: ____
Other information:

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

3.4. Make: ____
Model: ____
Year: ____
Approximate mileage: ____
Other information:

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
- ☑ No
- ❑ Yes

4.1. Make: ____
Model: ____
Year: ____
Other information:

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

If you own or have more than one, list here:

4.2. Make: ____
Model: ____
Year: ____
Other information:

**Who has an interest in the property?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another

❑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .......... ➔ $ 2,000.00

Debtor 1 Leiasa Louise Beckham Case number (*if known*) 26-30686

First Name / Middle Name / Last Name

**Part 3: Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

*Examples*: Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe......... 824 Green Starved of Dunham Properties, O&M Budget 11 U.S.C. (§ 363(c) — $ 20,000.00

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe......... Disputed: TV, Computer, printers, cell phone, electronic devices — $ 300.00

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes. Describe......... Disputed: Value unknown pending Federal Review Portland, Maine Wharf & City Hall, Phyllis Dunn's China, — $ 5,000.00

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe......... Bikes Beach Cruiser, 2010 10-speed, Hybrid & 4-Burner Bikes; Exempt § 522 — $ 1,500.00

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe......... — $

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe......... Asset Deprivation: No new purchase since economic abuse Exempt § 362a) — $ 1,200.00

12. **Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe......... Cartier Watch, Diamond Studs Earings, Tennis Bracelet — $ 10,000.00

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe......... — $

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
☑ Yes. Give specific information. ............ Economic abuse: starved of living expenses & health aide 11 U.S.C. (§ 363(c) — $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........ ➔ $ 63,000.00

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes ........ Cash: ........ $________

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes ........ Institution name:

| | Institution name | Current value |
|---|---|---|
| 17.1. Checking account: | All Co-borrower/insiders:11 U.S.C § 1104 & 1106 | $ |
| 17.2. Checking account: | Dunham Properties 11 U.S.C § 1104 & 1106 | $ |
| 17.3. Savings account: | All Co-borrowers 11 U.S.C § 1104 & 1106 | $ 100,000.00 |
| 17.4. Savings account: | All Co-borrowers 11 U.S.C § 1104 & 1106 | $ |
| 17.5. Certificates of deposit: | All Co-borrowers 11 U.S.C § 1104 & 1106 | $ |
| 17.6. Other financial account: | All Co-borrowers 11 U.S.C § 1104 & 1106 | $ |
| 17.7. Other financial account: | Off-shore Luxembourg 11 U.S.C § 1104 & 1106 Est. | $ 2,000,000.00 |
| 17.8. Other financial account: | Lazard All Co-borrowers 11 U.S.C § 1104 & 1106 | $ |
| 17.9. Other financial account: | SPV: All Co-borrowers 11 U.S.C § 1104 & 1106 | $ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes ........ Institution or issuer name:

| Institution or issuer name | Current value |
|---|---|
| Concealed: April 2011 SPV: Co-borrowers 11 U.S.C § 1104 & 1106 | $ |
| Concealed: Tesla PPM: Co-borrowers 11 U.S.C § 1104 & 1106 | $ |
| Concealed: Netflix: All Co-borrowers 11 U.S.C § 1104 & 1106 | $ |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them........

| Name of entity: | % of ownership: | Current value |
|---|---|---|
| Dunham Properties, LLC.(Ex.B&E) 11 U.S.C § 1104 & 1106 | 100% % | $ |
| Common Ground, LLC (via CGC-19-57375) | 100% % | $ |
| SURF/Common Ground Funding, LLC (CGC-23-607290) | 51% % | $ |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No
☑ Yes. Give specific information about them......................

| Issuer name: | |
|---|---|
| Disputed, concealed and omited by former spouse and insiders | $ |
| Value unknown pending federal review | $ |
| 11 U.S.C § 1104 & 1106 | $ |

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | Swinerton Liquidation + (Ex.D) 11 U.S.C § 1104 & 1106 | $ 250,000.00 |
| Pension plan: | Concealed Retirement Act 11 U.S.C § 1104 & 1106 | $ |
| IRA: | Beckham Rollover IRA: bump"4991-7095 ( 5229-7671) | $ 66,941.31 |
| Retirement account: | Dunn Rollover IRA (Account # 3779-3227) | $ 219,594.56 |
| Keogh: | Concealed Retirement Act 11 U.S.C § 1104 & 1106 | $ |
| Additional account: | Joint Brokerage Account (JTWROS) 7258, bumped-3319) | $ 183,156.76 |
| Additional account: | E-Trade: Beckham-Dunn Trust Account 3717 (12/2010 | $ 131,754.88 |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☐ No
☑ Yes.........................

| | Institution name or individual: | |
|---|---|---|
| Electric: | Witness Tampering; turned off 11 U.S.C § 362 (a), 366 | $ |
| Gas: | Witness Tampering:turned off 11 U.S.C § 362 (a), 366 | $ |
| Heating oil: | | $ |
| Security deposit on rental unit: | Co-borrower's rent free Unit 11 U.S.C § 362 (a), 503 | $ 396,000.00 |
| Prepaid rent: | | $ |
| Telephone: | Beckham Cell Phone: Previous Dunham Expense | $ |
| Water: | SFPUC 11.U.S.C.. § 362 (a), 363 (c) 366 | $ |
| Rented furniture: | | $ |
| Other: | 816 SF Rent Control Lease Loss 11 U.S.C § 1104, 1106, | $ 53,820.00 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☐ No
☑ Yes.........................

| Issuer name and description: | |
|---|---|
| Concealed/Omitted by Co-borrower & Insiders (Fed Review) | $ |
| Disputed: Value unknown 11 U.S.C § 1104 & 1106 (Known to Feds) | $ |
| | $ |



Case: 26-30686 Doc# 42 Filed: 11/23/26 Entered: 11/23/26 14:29:12 Page 8 of 33

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No
☑ Yes .................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| Northern Trust Diverted 2005/2008 529s 11 U.S.C § 1104 & 1106: | $ 32,000.00 |
| 2,000,000.00 | $ 2,000,000.00 |
| Northern Trust Diverted 2005/2008 529s 11 U.S.C § 1104 & 1106: | $ |

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
☑ Yes. Give specific information about them.... Debtor is the sole trustee/beneficiary with clean hands:Co-borrower and Insiders post 2013 trust alterations known to Feds.11 U.S.C § 1104 & 1106: $ 11,000,000.00

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☐ No
☑ Yes. Give specific information about them.... Common Ground Brand and associated digital infrastructure. 2023 Settlement; 11 U.S.C § 362 (a), 541 (a) (6)& Fam Code § 771 (Ex. C, D) $

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes. Give specific information about them.... 3-ADU's pending 824 Green St. 330 sq ft; 812–816 Green St. 786 sq ft; 1284–1288 California St. 550 sq ft. (Ex. D + 2024-2026 Accrual § 363 (c) $ 480,631.50

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ....................... Disputed: All times relevant Mr. Dunn diverted joint tax returns to his personal bank account. Admin 11 § 362 (a), 505, 1104, 1106.

Federal: $ 80,000.00
State: $ 20,000.00
Local: $

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☐ No
☑ Yes. Give specific information............. Co-Borrower & Insiders violation of Federal Witness Protections, Tampering Litigation abuse by 2022-ongoing for my cooperation in 1850 Bryant. Cal Fam Code § 721, 1101 h); 11 U.S. C. § 362 (b) (2), 1104, 1106

Alimony: $
Maintenance: $
Support: $
Divorce settlement: $
Property settlement: $

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information.............. 1850 Bryant Damages: 31 U.S.C. §3730(h) statutory remedies mandated make whole BK-24-30067) Dkt 108 and Included Ex. D $ 8,834,799.00

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Withheld by Co-borrower and insiders | 11 U.S. C. § 1106, 1123 | $ |
| withheld by Co-borrower and insiders | 11 U.S. C. § 1106, 1123 | $ |
| | | $ |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No
☑ Yes. Give specific information.............. Remedies BK-24-30087 & FDI-22-79602; 11 U.S. C. § 1106, 1123 Ralph Dunn, Joe & Phyllis Dunn, Edythe & Harry Reinherz $

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim. .................... Remedies BK-24-30087 & FDI-22-79602; 11 U.S. C. § 1106, 1123 $

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☑ Yes. Describe each claim. .................... IRS, SEC Whistle-blower Claims 11 U.S. C. § 1106, 1123 $

35. **Any financial assets you did not already list**

☐ No
☑ Yes. Give specific information........... Debtor reserves all rights to amend federals reveals more facts. $

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .......................................................................................... ➔ $ 25,848,699.01

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☑ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☐ No
☑ Yes. Describe....... Common Ground Statutory Remedies:Value unknown pending federal review $

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe....... $



Case: 26-30686 Doc# 42 Filed: 11/23/26 Entered: 11/23/26 14:29:12 Page 10 of 33

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

- ☐ No
- ☑ Yes. Describe....... $

41. **Inventory**

- ☐ No
- ☑ Yes. Describe....... $

42. **Interests in partnerships or joint ventures**

- ☐ No
- ☑ Yes. Describe.......

| Name of entity: | % of ownership: | |
|---|---|---|
| SURF/Common Ground: 11 U.S. C. § 541,1104,1107 | 51 % | $ |
| Dunham Properties, LLC 11 U.S. C. § 541,1104,1107 | 100 % | $ |
| Common Ground, LLC | 100% % | $ |

43. **Customer lists, mailing lists, or other compilations**

- ☑ No
- ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
  - ☐ No
  - ☐ Yes. Describe....... $

44. **Any business-related property you did not already list**

- ☐ No
- ☑ Yes. Give specific information ......... $ $ $ $ $ $

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........ ➔ $

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

- ☑ No. Go to Part 7.
- ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

- ☑ No
- ☐ Yes....................... $



Case: 26-30686 Doc# 42 Filed: 11/23/26 Entered: 11/23/26 14:29:12 Page 11 of 33

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information. ............ $______

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes ......................... $______

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes ......................... $______

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information. ............ $______

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........ ➔ $______

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
☑ Yes. Give specific information. ............ Potential straw sales, premarital PPM concealment and money laundering by co-debtor identified; details known to federal authorities per standing lines of questioning.
$______
$______
$______

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........ ➔ $______

## Part 8: List the Totals of Each Part of this Form

| | | |
|---|---|---|
| 55. **Part 1: Total real estate, line 2** ........ ➔ | | $ 7,156,040.40 |
| 56. **Part 2: Total vehicles, line 5** | $ 2,000.00 | |
| 57. **Part 3: Total personal and household items, line 15** | $ 63,000.00 | |
| 58. **Part 4: Total financial assets, line 36** | $ 25,848,699.01 | |
| 59. **Part 5: Total business-related property, line 45** | $______ | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $______ | |
| 61. **Part 7: Total other property not listed, line 54** | + $______ | |
| 62. **Total personal property.** Add lines 56 through 61. .................... | $ 25,913,699.01 Copy personal property total ➔ | + $ 25,913,699.01 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ........ | | $ 33,069,739.41 |



Case: 26-30686 Doc# 42 Filed: 11/23/26 Entered: 11/23/26 14:29:12 Page 12 of 33

## DECLARATION OF DEBTOR IN SUPPORT OF AMENDED SCHEDULES

I, Leiasa Louise Beckham, declare under penalty of perjury under the laws of the United States of America that the following is true and correct, and that the records listed below are true and correct truncated copies of the official documents currently in my possession, submitted herewith for judicial efficiency.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 23, 2026, at San Francisco, California.

Leiasa Louise Beckham,

**Federally Protected Witness with Enhanced Anti-Retaliation Protections**

**(31 U.S.C. § 3730(h) & 26 U.S.C. § 7623 & 15 U.S.C. § 78u-6)**

Dunham Properties LLC | Common Ground, LLC

824 Green Street, San Francisco, CA 94133

leiasadivorce@gmail.com | (415) 310-2319

Pro Se Respondent | AI-Assisted NOTICE: My intent is to follow all applicable laws and procedures. Any procedural gaps on my side are the direct result of ongoing economic coercion and the long-term denial of my rightful income, which has prevented me from securing counsel in matters. The UCSF-Nuru-Deutsche Bank Money Laundering allegations related to Mr. Dunn and the 1850 Bryant Defendants originate from the Federal Authorities. I simply explained how I missed CCSF's backroom deal UCSF and the 1850 Bryant Street UCSF Deutsche Money Laundering with the evidence in my possession.

## INDEX OF EXHIBITS

**EXHIBIT A: U.S. v 1850 Bryant | September 4, 2016 – March 29, 2019 | 1850 Bryant Scheme:** Public discovery recorded Word metadata **(Last Printed: 9/4/2016**) and CCSF's backroom deal at **1850 Bryant & 170 Otis as a Single-Use City Facility** (Beckham-00730715 to 00730717). (See also U.S. District Court Docket, Case No. 3:21-cv-05742-RS, *U.S. v. 1850 Bryant*, Dkt. 75, June 30, 2023 Motion.)

**EXHIBIT B: 2016 &2019 | Eric Dunn's Financial Diversions (1850 Bryant Scheme):** November 20, 2026; 2016 Cash withdrawals by Eric Dunn during the **1850 Bryant** scheme window, concealed ATM deposits/transfers ($32,450.00 & $7,500.00) out in 2016)—see DOJ's release of Mohammed Nuru and Sandra Zuniga's Plea timeline.

**EXHIBIT C: May 16, 2023 | Case No. CGC-19-573757, pp. 1–2 | 1850 Bryant Defendant's Trial Subpoena & Fiduciary Involvement:** Eric B. Dunn's Notice of Motion to Quash Subpoena—Proves Co-Borrower was subpoenaed to testify at the **1850 Bryant** jury trial and retained family fiduciary **Andrew D. Dunn, Esq**.

**EXHIBIT D: Case No. CGC-19-573757, May 2023 | Forensic Damage Schedule:** Unopposed Forensic Accountant Framework- Sammy Rantissi (Principal, SR Financial Services, Inc.) Dec 2, 2021 Declaration was submitted to both State Action and Federal Authorities related to the **Commercial Condo Scheme at 1850 Bryant.**

**EXHIBIT E: 2026 Dunham YTD Profit & Loss:** $233,053.97 Income & 2019 Dunham Properties' First Republic Bank & Cash Flows and Loan compliance.


Case: 26-30686 Doc# 42 Filed: 11/23/26 Entered: 11/23/26 14:29:12 Page 14 of 33

**EXHIBIT A**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiffs,
v.
1850 BRYANT LAND LLC, et al.,
Defendants.

Case No. 21-cv-05742-RS

**ORDER DENYING MOTION TO DISMISS**

## I. INTRODUCTION

In the operative Third Amended Complaint ("TAC"), *qui tam* Relator Leiasa Beckham renews her averments of deceit in a local development project. After the First Amended Complaint was dismissed, Relator added further details of Defendants' alleged scheme to induce local nonprofits to apply for state and federal government grants under false pretenses. Defendants have jointly filed a motion to dismiss, arguing the TAC still fails to state a viable claim under either the federal False Claims Act ("FCA") or its California analogue (the "CFCA"). For the reasons discussed below, the motion is denied.

## II. BACKGROUND[1]

As described previously, this case centers on a "secret backroom agreement" purportedly

[1] This section is based on the averments in the TAC, which must be taken as true for purposes of the motion to dismiss. *Hernandez v. City of San Jose*, 897 F.3d 1125, 1132 (9th Cir. 2018).

United States District Court
Northern District of California


Dockets.Justia.com

UCSF. *Id.* ¶ 35. However, Defendants knew this proposal would not garner the necessary community support to secure approval from the Planning Commission. Thus, in March or April 2015, City employees, including Kelly and others, formed the so-called "backroom deal" with Foley and Ross: they would all work together to misrepresent that 1850 Bryant would be turned into the Nonprofit Multi-Tenant Center, but after the Planning Commission approved the project, they would obtain an administrative variance to allow the development of the City Facility instead. *See id.* ¶ 18. This variance would not require community support. In exchange for their complicity, 1850 Bryant would be given the option to buy a different City-owned property "at favorable terms." *Id.*

The FAC discussed this scheme at a high level, and the City and 1850 Bryant each filed separate motions to dismiss, with Kaslofsky joining each. Both motions were granted because, although the FAC revealed "some details of a generalized scheme" to defraud, it did not include "nearly enough to satisfy Rule 9(b)'s requirements." MTD Order at 5 (quoting in part *United States v. United Healthcare Ins. Co.*, 848 F.3d 1161, 1182 (9th Cir. 2016)). Specifically, Relator did not "describe who in particular within the Defendant organizations discussed executing the averred scheme or when the 'secret backroom agreement' was formed." *Id.* Indeed, "the only details of its formation [were] contained in a single conclusory sentence" in the FAC. *Id.* (citing Dkt. 21 ("FAC") ¶ 14). The order granted the motions with leave to amend, requiring Relator to provide "a more fulsome showing" to avoid future dismissal. *Id.* at 6.

Relator thereafter filed the operative TAC,[3] which includes further details suggesting the existence of the scheme. For example, in September 2016, "Kaslofsky printed a 'test fit' spreadsheet . . . reflecting that [1850 Bryant] was to be developed into" the City Facility, rather than the Nonprofit Center. TAC ¶ 29. Further, after Foley obtained financing for the Nonprofit Center from Goldman Sachs, he admitted to Relator that he would now "do my 'real deal' with

[3] Relator filed a Second Amended Complaint after the FAC was dismissed, and the parties stipulated to the filing of the TAC. *See* Dkt. 64.

United States District Court
Northern District of California

United States District Court
Northern District of California

formed in connection with an aborted local development project at 1850 Bryant Street in San Francisco. Dkt. 60 ("MTD Order"), at 5. Defendants, who formed the agreement among themselves, comprise multiple groups. First, 1850 Bryant Land LLC, managed by Defendants Christopher Paul Foley and Douglas Ross, owned the commercial property located at that address. Kaslofsky & Associates LLC and Defendant Thurston Kaslofsky served as consultants for 1850 Bryant Land LLC. Finally, the City and County of San Francisco, the San Francisco Community Investment Fund ("SFCIF"), and Naomi Kelly (then-City Administrator and SFCIF board member) (collectively, "the City") directed the City's involvement in the 1850 Bryant project. Relator herself is a real estate developer and consultant who, in April 2016, formed Common Ground Urban Development, LLC ("Common Ground"), with Thurston Kaslofsky.

Starting in the summer of 2015, Defendants began promoting the development of a "Nonprofit Multi-Tenant Center" at 1850 Bryant Street. Dkt. 66 ("TAC") ¶ 23. The idea was to create a space out of which local nonprofits could provide community services.[2] Things began moving forward in earnest in late 2015, when 1850 Bryant Land LLC was formed and purchased the property; in January 2016, it applied for a "conditional use authorization" from the San Francisco Planning Commission to develop the Nonprofit Center. *Id.* ¶ 20. In April 2016, 1850 Bryant retained Relator and Common Ground to "facilitate and obtain the entitlements and financing" for the project, including working toward final Planning Commission approval and helping nonprofits apply for federal and state grants to purchase business condominiums in the Nonprofit Center. *Id.* ¶ 23. Relator worked on this project and communicated regularly with the City about it throughout 2016 and 2017.

Yet things were not as they seemed. Relator alleges that the entire premise of developing the Nonprofit Center was a ruse: Defendants' real objective was to develop a "Single-Use City Facility" at 1850 Bryant, which would be used by the San Francisco Police Department and

---

[2] These nonprofits included, among others, the San Francisco Conservation Corps, Goodwill, Mission Neighborhood Centers, Horizons Unlimited, Blue Bear School of Music, TIDE, and Muttville. TAC ¶ 25.



Case: 26-30686 Doc# 42 Filed: 11/23/26 Entered: 11/23/26 14:29:12 Page 18 of 33

# 1850 Bryant Street Transaction Analysis Memorandum

March 29, 2019

Dear Interested Party,

The purpose of this memorandum is to outline the 1850 Bryant Street transaction that is currently being considered.

**Value Proposition**

The City is considering a forward purchase of 1850 Bryant Street, a brand new building, for $719.26 PSF ($145MM per R.Blum and Associates appraisal dated March 5, 2019 / 201,594 SF per Stevenson Systems October 10, 2018 BOMA report). The $145,000,000.00 purchase price is equal to the appraised value and includes an allocation of $13,305,075.00 ($14,056,200.00 per the appraisal less $751,125.00 for the 10,015 SF Mission Neighborhood Centers (MNC)indoor space) for tenant improvements.

The purchaser of 170 Otis will have total completed costs (after purchase price, seismic retrofit, deferred maintenance, refresh, tenant improvements & soft costs) at an estimated $880.00 PSF for an old building.

Full Occupancy Picture: Once construction is complete, HSA would occupy the majority of 1850 Bryant St. The balance of the building would be occupied by MTA at 29,344 SF and MNC at 10,015 SF of the building.

**Budget Gap Solution**

- Assuming the City can provide assurance that 170 Otis is zoned for office with no Prop M allocation required (to support the highest value), we would be able to purchase it for $61,000,000.00.
- There are $45,000,000.00 (net) worth of COP funds ($50,000,000.00 minus $5,000,000.00 in issuance costs) already authorized and included in the budget.
- MTA can take 29,344 SF of the building.

✓ *This decreases the budget gap to less than $18,000,000.00*

| | | |
|---|---|---|
| **Sources** | | |
| 170 Otis Sale Proceeds | $ | 61,000,000.00 |
| COP Issuance, Net | $ | 45,000,000.00 |
| MTA Purchase of 29,344 SF | $ | 21,105,965.00 |
| *Total* | *$* | *127,105,965.00* |
| **Uses** | | |
| *1850 Bryant Purchase Price | $ | 145,000,000.00 |
| ***Appraised value*** | | |
| *Total* | *$* | *145,000,000.00* |
| **FUNDING GAP** | **$** | **(17,894,035.00)** |

**Beckham-00730715**

# 1850 Bryant Street Transaction Analysis Memorandum

**Construction Financing**

We have talked to lenders and determined that the City putting up the 170 Otis deed and/or passing Otis deposits into an escrow account as collateral does not help us obtain financing from lenders. This is because all lenders want to do future business in San Francisco, and they would not be willing to foreclose on the City or take the money from escrow in the event of a default.

The developer needs a PSA executed in June, and a $25,000,000.00 non-refundable deposit (17.24%) by July 1, 2019 in order to close on the forward purchase of 1850 Bryant.

**Mission Neighborhood Center**

MNC will receive substantially reduced below market lease terms from the City; the long term lease term valued at $7,900,000.00 which has been factored into and reduced the overall 1850 Bryant St appraisal amount. The initial lease rate for 10,015 SF of indoor space plus 2,263 SF of connected outdoor courtyard space will only be $18,100.00 per year.

We look forward to hearing your thoughts!

Sincerely,

1850 Bryant Land LLC

Chris Foley, Manager

cfoley@groundmatrix.com

415-305-4600

810 7th Street

San Francisco, CA 94107

# 1850 Bryant Street Transaction Analysis Memorandum




Beckham-00730717

EXHIBIT B

2016

2016

| Eric Dunn — PLATINUM (APY-E ).01% ATM Rebate Checking xxx-xxxx 5309 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BEGINNING BALANCE | $100,007.12 | $ 100,007.97 | $100,008.74 | $ 100,009.59 | $ 100,010.41 | $ 95,034.53 | $ 95,034.93 | $ 90,035.32 | $ 90,035.70 | $ 90,036.07 | $ 90,036.45 | $ 89,541.82 | $ 100,007.12 |
| DEPOSIT-BRANCH | | | | | $ 23.30 | | | | | | | | $ 23.30 |
| to Daughter Beckham Dunn xxx-xxxx-8891 | | | | | $ (5,000.00) | | $ (5,000.00) | | | | | | $ (10,000.00) |
| CONCEALED FIRST REPUBLIC B-LOAN TRANS | | | | | | | | | | | $ (495.00) | | $ (495.00) |
| CREDIT-INTEREST | $ 0.85 | $ 0.77 | $ 0.85 | $ 0.82 | $ 0.82 | $ 0.40 | $ 0.39 | $ 0.38 | $ 0.37 | $ 0.38 | $ 0.37 | $ 0.38 | $ 6.78 |
| TOTAL | $100,007.97 | $ 100,008.74 | $100,009.59 | $ 100,010.41 | $ 95,034.53 | $ 95,034.93 | $ 90,035.32 | $ 90,035.70 | $ 90,036.07 | $ 90,036.45 | $ 89,541.82 | $ 89,542.20 | $ 89,542.20 |
| **ATM Rebate Checking xxx-xxxx-5291** | **Jan** | **Feb** | **Mar** | **Apr** | **May** | **Jun** | **Jul** | **Aug** | **Sep** | **Oct** | **Nov** | **Dec** | **TOTAL** |
| BEGINNING BALANCE | $ 6,785.69 | $ 968.09 | $ 8,421.90 | $ 11,525.68 | $ 7,873.68 | $ 5,018.14 | $ 16,325.81 | $ 9,826.84 | $ 15,274.79 | $ 6,543.59 | $ 10,029.78 | $ 4,485.83 | |
| DEPOSIT-ACH SALARY- IT XCHANGE CORP | $ 6,893.51 | $ 7,553.15 | $ 11,131.38 | $ 8,152.85 | $ 6,134.99 | $ 14,609.65 | $ 4,805.46 | $ 9,976.94 | $ 7,465.77 | $ 9,400.89 | $ 7,348.78 | $ 7,181.86 | $ 100,655.23 |
| DEPOSIT-BRANCH | | | | $ 789.63 | | | | $ 400.00 | | $ 24,290.51 | | | $ 25,480.14 |
| DEPOSIT-ATM (44 Montgomery) | $ 6,989.20 | | | $ 416.66 | | | | | | | $ 570.08 | | $ 7,975.94 |
| DEPOSIT-MOBILE CHECK | | | $ 1,416.66 | | $ 393.36 | $ 1,809.33 | $ 1,083.32 | $ 5,000.00 | | $ 416.66 | | | $ 10,119.33 |
| CREDIT SPECIAL | | | | | | | | | | | | | $ - |
| frm BUMPED JOINT LB/ED MM xxx-xxxx-2234 | | | | | | | | | | | | | $ - |
| CREDIT-ATM REBATE | $ 3.00 | $ 3.00 | $ 5.50 | | $ 5.50 | | $ 11.25 | $ 3.00 | $ 8.00 | $ 6.00 | $ 14.74 | $ 9.00 | $ 68.99 |
| CREDIT-INTEREST-APY-E .01% | $ 0.06 | $ 0.08 | $ 0.08 | $ 0.12 | $ 0.06 | $ 0.03 | $ 0.06 | $ 0.07 | $ 0.05 | $ 0.08 | $ 0.04 | $ 0.03 | $ 0.76 |
| frm JOINT Money Market (APY_E) .05% xxx-xxxx-4127 | $ 10,014.54 | $ 11,406.45 | $ 5,000.00 | $ 14,524.00 | $ 5,000.00 | $ 14,000.00 | | | | | $ 4,000.00 | $ 8,000.00 | $ 71,944.99 |
| TOTAL DEBITS & CREDITS | $ 23,900.31 | $ 18,962.68 | $ 17,553.62 | $ 23,883.26 | $ 11,533.91 | $ 30,419.01 | $ 5,900.09 | $ 15,380.01 | $ 7,473.82 | $ 34,114.14 | $ 11,933.64 | $ 15,190.89 | $ 216,245.38 |
| WITHDRAWLS & DEBITS | | | | | | | | | | | | | |
| PG&E | $ (42.98) | | $ (57.43) | $ (48.68) | $ (11.87) | $ (47.69) | $ (35.53) | $ (24.85) | | $ (79.22) | | $ (111.91) | $ (460.16) |
| WITHDRAWAL-CASH-ATM | $ (403.50) | $ (363.00) | $ (505.50) | $ (100.00) | $ (768.50) | $ (200.00) | $ (571.25) | $ (563.00) | $ (908.00) | $ (1,046.00) | $ (1,274.74) | $ (1,109.00) | $ (7,812.49) |
| CITICORP CHOICE-ONLINE PMT-UNKOWN LOAN PAYMENT | $ (518.86) | $ (556.64) | $ (2,379.41) | $ (936.62) | $ (1,972.92) | $ (1,156.34) | $ (1,335.26) | $ (688.36) | | $ (457.14) | $ (1,061.04) | $ (401.21) | $ (11,463.80) |
| Jewish Commmunity Center (JCC) SF | $ (1,030.00) | $ (1,030.00) | $ (480.00) | | | | $ (1,052.00) | $ (1,052.00) | $ (1,052.00) | $ (1,052.00) | $ (1,052.00) | $ (1,052.00) | $ (8,852.00) |
| CITI CARD-ONLINE PAYMENT | | $ (324.86) | $ (10.47) | $ (31.52) | | $ (222.93) | $ (78.82) | $ (33.29) | $ (981.33) | | | $ (90.82) | $ (1,774.04) |
| CAPITAL ONE-ONLINE PMT | $ (1,988.99) | $ (4,318.52) | $ (3,914.35) | $ (1,346.15) | $ (556.41) | | | $ (1,407.10) | $ (2,036.24) | $ (1,953.32) | $ (1,037.16) | $ (2,389.56) | $ (20,947.80) |
| DIVERTED JOINT EXPENSE: AMERICAN EXPRESS | $ (8,038.20) | $ (11,406.45) | $ (4,608.68) | $ (8,514.25) | $ (9,178.55) | $ (11,925.40) | $ (7,632.86) | $ (4,766.08) | $ (8,660.78) | $ (7,164.40) | $ (10,122.24) | $ (11,267.82) | $ (103,285.71) |
| DIVERTED JOINT EXPENSE: BANANA REPUBLIC | $ (860.68) | | | $ (179.44) | | $ (1,741.38) | $ (296.14) | $ (82.78) | $ (401.67) | $ (972.67) | $ (146.81) | $ (253.83) | $ (4,935.40) |
| TARGET-ONLINE PAYMENT | | $ (806.80) | | | | | | | | | | | $ (806.80) |
| WIRE TRANSFER FEE | $ (30.00) | | | | | | | | | | | | $ (30.00) |
| DOMESTIC WIRE BY Eric Dunn | $ (5,000.00) | | | | | | | | | | | | $ (5,000.00) |
| PAY-PAL | | | | | | | | | | | | $ (65.00) | $ (65.00) |
| TOTAL WITHDRAWLS AND DEBITS | $ (17,913.21) | $ (18,806.27) | $ (11,955.84) | $ (11,156.66) | $ (12,488.25) | $ (15,293.74) | $ (11,001.86) | $ (8,617.46) | $ (14,040.02) | $ (12,724.75) | $ (14,693.99) | $ (16,741.15) | $ (165,433.20) |
| CHECKS | | | | | | | | | | | | | |
| JASON SANDERS (1850 BRYANT CO-CONSPIRATOR) | $ (159.00) | | | | | | $ (235.00) | | | $ (200.00) | | | $ (594.00) |
| JOSH RUTBERG (1850 BRYANT CO-CONSPIRATOR) | | | | | | | | | | $ (559.00) | | | $ (559.00) |
| CHECK: MARLENE PETERELE | $ (500.00) | | | | | | | | | | | | $ (500.00) |
| CHECK-CLEANING-HOME JACKLYN ARQUETA | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (875.00) | $ (250.00) | $ (125.00) | $ (1,250.00) | | $ (750.00) | $ (625.00) | | $ (5,875.00) |
| CHECK-HARTFORD INSURANCE POLICY | $ (1,019.20) | $ (54.06) | | $ (808.60) | $ (265.20) | | $ (1,019.20) | $ (54.60) | | $ (1,019.20) | $ (54.60) | | $ (4,294.66) |
| CHECK: JEFF EIMER (C/0 IT XCHANGE | $ (420.00) | | | | | | | | | | | $ (40.00) | $ (460.00) |
| CHECK: SF HERITIAGE | $ (120.00) | | | | | | | | | | | | $ (120.00) |
| CHECK: CHILD CARE | $ (375.00) | $ (785.00) | $ (500.00) | $ (500.00) | $ (375.00) | $ (250.00) | | | | | | | $ (2,785.00) |
| CHECK: CITIBANK-BY-MAIL | | $ (10.00) | $ (10.00) | $ (10.00) | $ (10.00) | $ (10.00) | $ (10.00) | $ (10.00) | $ (20.00) | | $ (10.00) | | $ (100.00) |
| CHECK: CHILDDREN ACITIVITES | | $ (65.00) | $ (149.00) | | $ (350.00) | $ (780.60) | $ (8.00) | | $ (545.00) | $ (375.00) | $ (494.00) | $ (375.00) | $ (3,141.60) |
| CHECK: MAE LEW | | | | $ (36.00) | | | | | | | | | $ (36.00) |
| CHECK: DMV | | | | | $ (19.00) | | | | | | | | $ (19.00) |
| CHECK: SFMTA | | | | | $ (10.00) | | | | | | | | $ (10.00) |
| REIMBERSMENT: AMY COHEN | | | | | | $ (532.00) | | | | | | | $ (532.00) |
| CHECK: MARY RAMSEY, PHD | | | | | | $ (1,600.00) | | | $ (1,600.00) | | | | $ (3,200.00) |
| COMINGLED-812-816 Green ADU Expense: Legal | | | | | | $ (395.00) | | | | | | | $ (395.00) |
| SCHWENBECK, LORI | | | | | | | | | | | $ (1,600.00) | | $ (1,600.00) |
| TOTAL CHECKS PAID | $ (3,093.20) | $ (1,414.06) | $ (1,159.00) | $ (1,854.60) | $ (1,904.20) | $ (3,817.60) | $ (1,397.20) | $ (1,314.60) | $ (2,165.00) | $ (2,903.20) | $ (2,783.60) | $ (415.00) | $ (24,221.26) |
| | | | | | | | | | | | | | $ - |
| TOTAL WITHDRAWAL, DEBITS & CHECKS | $ (21,006.41) | $ (20,220.33) | $ (13,114.84) | $ (13,011.26) | $ (12,488.25) | $ (15,293.74) | $ (12,399.06) | $ (9,932.06) | $ (16,205.02) | $ (15,627.95) | $ (17,477.59) | $ (17,091.15) | $ (183,867.66) |

Case: 26-30686 Doc# 42 Filed: 11/23/26 Entered: 11/23/26 14:29:12 Page 23 of 33

| 2016 | | | | | | | | | | | | | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DUNHAM PROPERTIES, LLC — 1284-1288 California Street xxx-xxxx-8891** | **Jan** | **Feb** | **Mar** | **Apr** | **May** | **June** | **July** | **Aug** | **Sep** | **Oct** | **Nov** | **Dec** | **TOTAL** |
| Balance | $ 3,021.81 | $ 1,622.61 | $ 4,860.82 | $ 8,267.57 | $ 4,879.52 | | $ 7,422.99 | $ 6,949.80 | $ 6,665.14 | $ 4,901.49 | $ 4,376.78 | $ 5,086.00 | |
| Deposit-Branch-Likely 816 Green (Linda Dunn's APT) | | $ 4,000.00 | | | | | $ 4,000.00 | $ 4,000.00 | | | $ 4,000.00 | | $ 16,000.00 |
| MOBILE CHECK DEPOSIT -LIKELY 816 Green (Linda Dunn's APT) | $ 4,000.00 | | $ 4,000.00 | $ 4,000.00 | | | | | | $ 4,000.00 | | $ 4,000.00 | $ 20,000.00 |
| CONCEALED ATM DEPOSIT (44 MONTGOMERY SF., CA) (Likely 816 Green Linda Dunn's APT) | | | | | $ 4,000.00 | | | | $ 4,000.00 | | | | $ 8,000.00 |
| DEPOSIT-BRANCH | | | | $ 7,500.00 | | | | $ 3,800.00 | | $ 3,800.00 | | | $ 15,100.00 |
| MOBLE DEPOSIT | $ 378.00 | | $ 7,500.00 | | | | | | $ 3,800.00 | | $ 3,800.00 | | $ 15,478.00 |
| CONCEALED ATM DEPOSIT (44 MONTGOMERY SF., CA) | $ 7,500.00 | $ 9,350.00 | | | | | $ 3,800.00 | | | | | $ 3,800.00 | $ 24,450.00 |
| ATM TRANSFER CREDIT (44 MONTGOMERY) | | | | | $ 7,500.00 | | | | | | | | $ 7,500.00 |
| VENMO/CASHOUT | $ 3,350.00 | $ 4,843.25 | $ 4,750.00 | $ 4,750.00 | $ 7,900.00 | $ 1,475.00 | $ 8,350.00 | $ 8,350.00 | $ 9,325.00 | $ 8,800.00 | $ 4,650.00 | $ 3,700.00 | $ 70,243.25 |
| frm Dunham 332 A/B Main St. Santa Cruz Rental Income xxx-xxxx-8883 | $ 3,150.00 | | | | | $ (32,000) | | $ 3,914.10 | $ 4,000.00 | | | | $ (20,935.90) |
| frm Dunn Personal ATM REBATE Checking xxx-xxxx-5291 | | | $ 1,750.00 | $ 3,602.00 | | | $ 3,585.00 | | | $ 6,835.00 | $ 6,708.00 | $ 6,892.00 | $ 29,372.00 |
| frm Dunn controlled Joint Savings xxx-xxxx-4127 | | | | $ 23,000.00 | | $ 5,000.00 | $ 9,000.00 | $ 10,000.00 | $ 5,000.00 | | | $ 28,000.00 | $ 80,000.00 |
| COMINGLED HORT-TERM RENTAL ACH CREDIT: MAIN STREET REAL/Owners ACH 332 A Main S.C. | | | | | | | $ 1,254.60 | $ 4,099.75 | | | | | $ 5,354.35 |
| COMINGLED ACH CREDIT: MAIN STREET REAL/Owners ACH 332 B Main S.C. | | | | | | | $ 221.10 | $ 3,914.10 | | | | | $ 4,135.20 |
| **TOTAL** | $ 18,378.00 | $ 18,193.25 | $ 18,000.00 | $ 42,852.00 | $ 19,400.00 | $(25,525.00) | $ 30,210.70 | $ 38,077.95 | $ 26,125.00 | $ 23,435.00 | $ 19,158.00 | $ 46,392.00 | $ 274,696.90 |
| Withdrawal, Debits and Checks | | | | | | | | | | | | | |
| Auto-Debit 1284-1288 California Mortgage Payment | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (65,331.48) |
| COMINGLED Auto-Debit 812-816 Green St.Mortgage Payment | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (88,651.20) |
| DUNHAM O&M EXPENSE: CITIBANK/ONLINE PAYMENT | $ (1,748.24) | $ (1,181.04) | $ (1,059.05) | $ (2,911.20) | $ (1,775.63) | | $ (5,182.29) | $ (1,053.88) | $ (2,074.16) | $ (3,001.56) | $ (933.47) | $ (6,660.12) | $ (27,580.64) |
| ACH DEBIT: SF Water Online Payment | $ (404.82) | $ (404.82) | $ (367.99) | $ (189.11) | $ (220.68) | | $ (165.95) | $ (387.24) | $ (743.62) | $ (297.59) | $ (433.34) | $ (316.98) | $ (3,932.14) |
| ACH DEBIT: SF Water Online Payment | $ (172.35) | $ (206.66) | $ (172.35) | $ (132.69) | $ (189.11) | | $ (147.72) | $ (98.02) | $ (132.78) | $ (182.30) | | $ (182.30) | $ (1,616.28) |
| PG&E | $ (42.66) | $ (9.86) | $ (10.18) | | | | | $ (10.15) | $ (15.50) | $ (15.69) | $ (57.84) | $ (47.58) | $ (209.46) |
| PG&E | $ (3.24) | $ (6.23) | $ (10.73) | | $ (12.55) | | | $ (17.79) | $ (16.27) | | $ (3.43) | $ (16.76) | $ (87.00) |
| PG&E | | $ (47.54) | $ (48.91) | $ (45.14) | | | | $ (27.54) | $ (25.54) | $ (33.18) | | | $ (227.85) |
| PG&E | | | $ (10.15) | $ (10.56) | | | | $ (18.01) | | | | $ (1.72) | $ (40.44) |
| SF Department of Public Health | | $ (140.00) | | | | | | | | | | | $ (140.00) |
| CHECK: Golden Gate Alarm | | $ (62.00) | $ (62.00) | | $ (62.00) | | | | | | $ (110.00) | | $ (296.00) |
| DUNHAM PROPERTIES, LLC CA. FRANCHISE TAX | | | $ (20.00) | $ (800.00) | | | | | | | | | $ (820.00) |
| DUNHAM Additional Dwelling Unit Project (ADU) Architecture and Engineering (A&E) Legal | | | | | | | | | | $ (1,800.00) | -3000 | | $ (4,800.00) |
| DUNHAM Addtiional Dwelling Unit (ADU) Architecture & Enginerring (A&E) SUTRO Architects | | | | | $ (2,000.00) | | $ (3,798.01) | | | | | | $ (5,798.01) |
| DUNHAM Additional Dwelling Unit Project (ADU) SFPLANNING DEPT. | $ (4,196.00) | | | | | | | | | | | | $ (4,196.00) |
| 1284-1288 California SF Property Tax | | | | $ (9,258.77) | | | | | | | | $ (9,375.41) | $ (18,634.18) |
| COMINGLED: 812-816 Green SF Property Tax | | | | $(13,688.82) | | | | | | | | $(13,839.00) | $ (27,527.82) |
| COMINGLED: 332 A/B Main St, Santa Cruz Tax Assesor | | | | $ (65.00) | | | | | | | | | $ (65.00) |
| Summer Occupancy: to Dunham 332 A/B Main St. Santa Cruz. Ca xxxx-xxxx-8883 | | | | | | | $ (1,475.70) | | | | | $ (1,000.00) | $ (2,475.70) |
| to Dunn Personal xxx-xxxx-5291 | $ (378.97) | | | | | | | | | $ (4,000.00) | | $ (6,892.00) | $ (11,270.97) |
| CHECK; JAIME LOPEZ CHAVEZ | | | | | | | | | | $ (1,545.00) | | | $ (1,545.00) |
| COMINGLED CHECK; JAZMINE CARPET CLEAINING (Santa Cruz Expense) | | | | | | | | | | $ (1,545.00) | | | $ (1,545.00) |
| CHECK : Jaime Jimenez | | | | | | | | $ (600.00) | | | | | $ (600.00) |
| CHECK: PAUL AVILA | | $ (65.00) | | | $ (75.00) | | | | | $ (75.00) | | | $ (215.00) |
| COMINGLED 812-816 Geeen CHECK: CLEAINING; JAQCKLYN ARQUETA | | | | $ (740.00) | $ (675.00) | | | | | | | | $ (1,415.00) |
| CHECK: KING SCAFFOLDING | | | | | | | $ (1,300.00) | | | | | | $ (1,300.00) |
| CHECK: Armondo Rodriquez | | | | | | | | | $ (1,360.00) | | | | $ (1,360.00) |
| CHECK; YANET PINEDA | | | | $ (5,586.87) | | | $ (2,500.00) | $ (4,100.00) | $ (1,500.00) | | | | $ (13,686.87) |
| CHECK:1284 California Painting- ROLO PAINTING | | | | | | | $ (6,500.00) | $ (2,500.00) | $ (2,500.00) | | | | $ (11,500.00) |
| CHECK: WENDY NICHOLS | | | | $ (3,000.00) | | | $ (397.87) | $ (200.63) | $ (164.00) | $ (97.50) | $ (105.00) | | $ (3,965.00) |
| **TOTAL** | $ (19,778.17) | $(14,955.04) | $(14,593.25) | $(49,260.05) | $(17,841.86) | $(12,831.89) | $(34,299.43) | $(21,845.15) | $(21,363.76) | $(25,424.71) | $(17,474.97) | $(51,163.76) | $ (300,832.04) |

| **332 A/B Main St. Santa Cruz xxx-xxxx-8883** | **Jan** | **Feb** | **Mar** | **Apr** | **May** | **June** | **July** | **Aug** | **Sep** | **Oct** | **Nov** | **Dec** | **TOTAL** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | $ 1,890.38 | $ 2,705.45 | $ 5,068.77 | $ 4,745.79 | $ 1,373.76 | | $ 9,401.43 | $ 1,684.71 | $ 2,002.78 | $ 1,294.78 | $ 2,629.59 | | |
| 332 Unit A Rental Income Mobil Check/ATM Deposit | $ 1,550.00 | | | | | | | | | | | | $ 1,550.00 |
| 332 Unit B Rental Income Mobil Check/ATM Deposit | | | | | | | | | | | | | |
| 332 Unit A VENMO/CASSHOUT | | | $ 1,550.00 | $ 1,550.00 | $ 775.00 | | | | | | | | $ 3,875.00 |
| 332 Unit B VENMO/CASHOUT | | | $ 1,520.00 | $ 1,520.00 | $ 1,520.00 | | | | | | | | $ 4,560.00 |
| BRANCH DEPOSIT | | $ 775.00 | | | | | | | | | | | $ 775.00 |
| ATM TRANSFER DEBIT (44 MONTGOMERY S.F.) | | | | | $ 8,275.00 | | | | $ 2,000.00 | | | | $ 10,275.00 |
| DEPOSIT OD PROTECTION | | | | | $ 2,954.24 | | | | | | | | $ 2,954.24 |
| MOBILE DEPOSIT | | | | | | | | | | | $ 16.23 | | $ 16.23 |
| frm Dunham 1284-1288 California St. SF, xxx-xxxx-8891 | | | | | | | $ 1,475.70 | $ 3,914.10 | | | | | $ 5,389.80 |
| frm DUNN PERSONAL ATM CHECKING XXX-XXXX-5291 | | | | | | | $ 3,000.00 | | | | | | $ 3,000.00 |
| DEBIT-ADJ-TRANSFER CHARGE | | | | | $ 300.00 | | | | | | | | $ 300.00 |
| VENMO-0/CASHOUT | $ 4,790.00 | $ 4,055.00 | | $ 880.00 | $ 880.00 | | | | $ 3,721.00 | $ 6,063.00 | $ 4,250.00 | | $ 24,639.00 |
| **Total** | $ 6,340.00 | $ 4,830.00 | $ 3,070.00 | $ 3,950.00 | $ 14,704.24 | $ - | $ 4,475.70 | $ 3,914.10 | $ 5,721.00 | $ 6,063.00 | $ 4,266.23 | $ - | $ 57,334.27 |

Withdrawal, Debits and Checks

| 2017 | DUNHAM PROPERTIES, LLc<br>RENTAL INCOME UCSC SCHOOL YEAR &<br>OWNER-OCCUPIED SUMMER<br>332 A/B Main St. Santa Cruz xxx-xxxx-8883 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | $ 1,151.19 | $ 4,595.52 | $ 5,965.52 | $ 7,946.25 | $ 1,782.15 | $ 1,046.02 | $ 337.75 | $ 1,957.13 | $ 3,515.29 | $ 2,728.24 | $ 1,392.79 | | |
| | 332 A/B Main St. Santa Cruz Rental INCOME | $ 6,030.00 | $ 3,320.00 | $ 4,250.00 | $ 4,250.00 | $ 3,910.00 | $ 1,496.00 | | | $ 6,588.00 | $ 6,195.00 | $ 3,520.00 | | $ 39,559.00 |
| SHORT-TERM RENATL: ACH CREDIT MAIN STREET REAL/ Owners ACH #332 Main St. | | | | | | | | $ 4,000.00 | $ 4,739.34 | | | | | $ 8,739.34 |
| | frm Dunham 1284-1288 California St. SF, xxx-xxxx-8891 | | | | | | | $ 3,500.00 | $ 3,560.00 | | $ 1,900.00 | | | $ 8,960.00 |
| | frm DUNHAM OWNER-OCCUPIED ACCOUNT 812-816 GREEN XXX-XXX-6615 | | | | | | | | | $ 1,500.00 | $ 1,800.00 | | | $ 3,300.00 |
| | MOBILE DEPOSIT | | | | $ 2,400.00 | | | | | | $ 11.31 | | | $ 2,411.31 |
| | ATM TRANSFER DEBIT (44 MONTGOMERY S.F.) | | | | | | | | | | | | | |
| | Total | $ 6,030.00 | $ 3,320.00 | $ 4,250.00 | $ 6,650.00 | $ 3,910.00 | $ 1,496.00 | $ 7,500.00 | $ 8,299.34 | $ 8,088.00 | $ 9,906.31 | $ 3,520.00 | $ - | $ 62,969.65 |
| | Withdrawal, Debits and Checks | | | | | | | | | | | | | |
| | ACH (not auto debit) Mortgage Payment-WELL FARGO MTG ONLINE PMT | $ (1,950.00) | $ (1,950.00) | $ (1,950.00) | $ (1,950.00) | $ (1,950.00) | $ (1,950.00) | $ (1,950.00) | $ (1,950.00) | $ (1,950.00) | $ (1,950.00) | $ (1,950.00) | $ (1,950.00) | $ (23,400.00) |
| | to Dunham 1284-1288 California St SF, xxx-xxxx-8891 | | | | $ (3,000.00) | $ (2,450.00) | | | | $ (2,000.00) | | | | $ (7,450.00) |
| | to DUNHAM OWNER OCCUPIED ACCOUNT 812-816 GREEN XXX-XXXX-6615 | | | | | | | | $ (1,500.00) | | $ (3,000.00) | | | $ (4,500.00) |
| | #REFI | | | | | | | | | $ (2,000.00) | | | | $ (2,000.00) |
| | UNKOWN-CONCEALED-Citibank Online PM (possible line of credit) | $ (283.51) | | $ (254.27) | $ (2,386.56) | $ (246.13) | $ (254.27) | $ (1,446.64) | $ (1,242.77) | $ (2,466.30) | $ (4,558.98) | $ (249.43) | | $ (13,388.86) |
| | DUNHAM MAINTENCE SANTA CRUZ CREDIT CARD- CITICARD Online | | | | | | | | | | | | | $ - |
| | CHECK: Landscape: Marci Franco | | | | | | | | | | $ (800.00) | -1462.5 | | $ (2,262.50) |
| | FELDHOUSE CONSTRUCTION | $ (352.16) | | | | | | | $ (560.00) | | | | | $ (912.16) |
| | ACH DEBIT MAIN STREET REAL/WEB | | | | | | | | | $ (400.00) | | | | $ (400.00) |
| | City of Santa Cruz | | | $ (65.00) | $ (5,477.54) | | | | | | | | | $ (5,542.54) |
| | CHECK; JASMINE CARPET CLEARNER | | | | | | | | $ (1,412.00) | | $ (800.00) | | | $ (2,212.00) |
| | PG&E 332 Unit A Main St SC, Ca | | | | | | | | $ (44.63) | $ (25.44) | $ (81.08) | | | $ (151.15) |
| | PG&E 332 Unit B Main S.C, CA | | | | | | | $ (2.98) | $ (31.78) | $ (11.31) | $ (51.70) | | | $ (97.77) |
| | ACH DEBIT VENMO/PAYMENT | | | | | | | $ (2,481.00) | | $ (22.00) | $ (200.00) | | | $ (2,703.00) |
| | Total | $ (2,585.67) | $ (1,950.00) | $ (2,269.27) | $(12,814.10) | $ (4,646.13) | $ (2,204.27) | $ (5,880.62) | $ (6,741.18) | $ (8,875.05) | $(11,441.76) | $ (3,661.93) | | $ (63,069.98) |

| DUNHAM PROPERTIES, LLC<br>OWNER-OCCUPIED BANK ACCOUNT<br>812-816 Green Owner Occupied Account xxx-xxxx-6615: | | | | | | Jun | Jul | Aug | Sep | Oct | Nov | Dec | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | | | | | | $ 1,000.00 | $ 2,612.40 | $ 3,602.56 | $ 1,702.44 | $ 2,815.13 | $ 334.97 | | |
| CREDIT-BRANCH DEPOSIT | | | | | $ 1,000.00 | | | | | | | | |
| MOBILE Deposit-Branch (816 Green) Linda Dunn's APT | | | | | | | | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 20,000.00 |
| frm Dunham 1284-1288 California Street Rental Income xxx-xxx-8891 | | | | | | | $ 9,500.00 | $ 3,300.00 | $ 3,000.00 | | $ 4,500.00 | | $ 20,300.00 |
| frm Dunham 332 A/B Main St. Santa Cruz Rental Income xxx-xxxx-8883 | | | | | | | | $ 1,500.00 | | $ 3,000.00 | | | $ 4,500.00 |
| MOBILE DEPOSIT | | | | | | | | | $ 3,500.00 | | $ 112.00 | | |
| frm Dunn Personal checking xxx-xxxx-5309 | | | | | | $ 5,000.00 | | | | | | | $ 5,000.00 |
| #REFI | | | | | | $ 9,500.00 | | | | | | | $ 9,500.00 |
| TOTAL | | | | | | $ 14,500.00 | $ 9,500.00 | $ 8,800.00 | $ 10,500.00 | $ 7,000.00 | $ 8,612.00 | $ 4,000.00 | $ 62,912.00 |
| Withdrawls Debits and Checks | | | | | | | | | | | | | |
| Auto-Debit Mortgage Payment | | | | | | | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (44,325.60) |
| UNHAM Additional Dwelling Unit Project (ADU) Architecture and Engineering (A&E) | | | | | | | | $ (3,000.00) | | | | | |
| GOLDEN GATE ALARM | | | | | | | | $ (92.00) | | $ (62.00) | | | |
| MAINTENANCE CITIBANK/ONLINE PAYMENT | | | | | | | $ (1,005.04) | $ (103.52) | $ (319.55) | | $ (705.41) | | |
| to DUNHAM 332 A/B MAIN ST. SANTA CRUZ , CA XXX-XXXX-8883 | | | | | | | | | $ (1,500.00) | $ (1,800.00) | | | $ (3,300.00) |
| mobile deposit | | | | | | | | | | | | | |
| SFPUC | | | | | | | | $ (107.58) | $ (145.53) | $ (182.23) | | | |
| 812 GREEN PG&E | | | | | | | $ (39.22) | $ (21.01) | $ (19.14) | $ (31.01) | $ (40.62) | | |
| 814 GREEN PG&E | | | | | | | $ (15.98) | $ (18.41) | $ (15.49) | $ (17.32) | $ (25.91) | | $ (93.11) |
| TOTAL | | | | | | | $ (8,447.84) | $(10,730.12) | $ (9,387.31) | $ (9,480.16) | $ (8,159.54) | $ (7,387.60) | $ (53,592.57) |

**EXHIBIT C**



Case: 26-30686 Doc# 42 Filed: 11/23/26 Entered: 11/23/26 14:29:12 Page 26 of 33

Contact Us

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Case Number: CGC19573757
Title: LEIASA BECKHAM VS. KASLOFSKY & ASSOCIATES, LLC ET AL
Cause of Action: CONTRACT/WARRANTY
Generated: 2026-11-20 9:32 am

Register of Actions Parties Attorneys Calendar Payments Documents

Please Note: The "View" document links on this web page are valid until 9:42:43 am
After that, please refresh your web browser. (by pressing Command +R for Mac, pressing F5 for Windows or clicking the refresh button on your web browser)

# Register of Actions

Show All entries Search:

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| 2024-03-13 | MAR-13-2024 PRO HAC VICE STATUS CALENDAR AS TO ATTORNEY DONALD E. LAKE, III - OFF CALENDAR, NO PARTIES FOUND FOR ATTORNEY | | |
| 2023-07-11 | BALANCE OF CASE DISMISSED BY COURT AT ORDER TO SHOW CAUSE HEARING JUL-11-2023 AT 10:30 AM PURSUANT TO CRC 3.1385. NOTICE SENT BY COURT. JUDGE: SAMUEL K. FENG; CLERK: S. LE; PROCEEDINGS NOT REPORTED. (610) | View | |
| 2023-07-11 | MINI MINUTES FOR JUL-11-2023 10:30 AM FOR DEPT 610 | | |
| 2023-06-28 | DISMISSAL WITH PREJUDICE OF CROSS COMPLAINT FILED BY COMMON GROUND URBAN DEVELOPMENT LLC, A CALIFORNIA (TRANSACTION ID # 100204596) | View | |
| 2023-06-09 | DISMISSAL WITH PREJUDICE OF CROSS COMPLAINT FILED BY KASLOFSKY, THURSTON "THOR" (TRANSACTION ID # 210039209) | View | |
| 2023-06-08 | NOTICE OF ENTRY OF DISMISSAL AND PROOF OF SERVICE (TRANSACTION ID # 210039078) FILED BY DEFENDANT 1850 BRYANT LAND LLC A CALIFORNIA LIMITED LIABILITY COMPANY | View | |
| 2023-06-07 | DISMISSAL WITH PREJUDICE OF CROSS COMPLAINT FILED BY FOLEY, CHRISTOPHER PAUL, ROSS, DOUGLAS, 1850 BRYANT LAND LLC (TRANSACTION ID # 210038897) | View | |
| 2023-05-25 | NOTICE OF SETTLEMENT (TRANSACTION ID # 100201277) FILED BY PLAINTIFF BECKHAM, LEIASA AN INDIVIDUAL | View | |
| 2023-05-24 | NOTICE OF SETTLEMENT (TRANSACTION ID # 100201064) FILED BY CROSS DEFENDANT COMMON GROUND URBAN DEVELOPMENT LLC, A CALIFORNIA LIMITED LIABILITY COMPANY | View | |
| 2023-05-22 | TRIAL MOTION CALENDAR ON MAY-30-2023 IN DEPT. 502, NTC OF MTN TO QUASH SUBPOENA IS OFF CALENDAR. CASE SETTLED. NOTICE SENT BY COURT. | View | |
| 2023-05-22 | REMOVED FROM JURY TRIAL CALENDAR SET FOR MAY-24-2023 - CASE SETTLED. (502) | | |
| 2023-05-22 | ORDER TO SHOW CAUSE RE DISMISSAL PURSUANT TO CRC 3.1385 SET FOR JUL-11-2023 AT 10:30 AM IN DEPT. 610. MAY-22-2023 CASE MANAGEMENT CONFERENCE IS OFF CALENDAR. CASE SETTLED. NOTICE SENT BY COURT. (502) | View | |
| 2023-05-18 | ADDED TO CALENDAR FOR JURY HARDSHIPPING JURY TRIAL SET FOR MAY-24-2023 AT 09:30 AM IN DEPT 502 | | |
| 2023-05-18 | JURY TRIAL SET FOR MAY-18-2023 HELD AND CONTINUED TO MAY-22-2023 AT 9:30 AM IN 502 FOR FURTHER HEARING ON MOTIONS IN LIMINE, REVISION OF TRIAL TIME ESTIMATES, AND ANY TRIAL READINESS ISSUES. JUDGE: | | |

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| | JEFFREY S. ROSS; CLERK: J. BERTELSEN; REPORTED BY TARA CUNHA, CSR 13788, CUNHAREPORTING@GMAIL.COM, 830-443-1063 (502) | | |
| 2023-05-18 | REMARK: CONVERTED FROM COURT TRIAL TO JURY TRIAL. | | |
| 2023-05-18 | MINUTES FOR MAY-18-2023 1:30 PM | View | |
| 2023-05-17 | JURY TRIAL SET FOR MAY-17-2023 HELD AND CONTINUED TO MAY-18-2023 AT 1:30 PM IN 502 FOR CONTINUED HEARING ON MOTIONS IN LIMINE. JUDGE: JEFFREY S. ROSS; CLERK: J. BERTELSEN; REPORTED BY TARA CUNHA, CSR 13788, CUNHAREPORTING@GMAIL.COM, 830-443-1063 (502) | | |
| 2023-05-17 | MINUTES FOR MAY-17-2023 10:00 AM | View | |
| 2023-05-17 | JOINT OPPOSITION TO DEFENDANTS MOTION IN LIMINE NO. 9 (TRANSACTION ID # 210037182) FILED BY DEFENDANT FOLEY, CHRISTOPHER PAUL AN INDIVIDUAL ROSS, DOUGLAS AN INDIVIDUAL 1850 BRYANT LAND LLC | View | |
| 2023-05-16 | REPLY TO PLAINTIFF LEIASA BECKHAM AND COUNTERCLAIMANT COMMON GROUND URBAN DEVELOPMENT, LLC'S JOINT OPPOSITION TO DEFENDANT MOTION LIMINE NO. 7 (TRANSACTION ID # 210037166) FILED BY DEFENDANT FOLEY, CHRISTOPHER PAUL AN INDIVIDUAL ROSS, DOUGLAS AN INDIVIDUAL 1850 BRYANT LAND LLC | View | |
| 2023-05-16 | REPLY TO PLAINTIFF LEIASA BECKHAM AND COUNTERCLAIMANT COMMON GROUND URBAN DEVELOPMENT, LLC'S JOINT OPPOSITION TO DEFENDANTS MOTION LIMINE NO. 6 (TRANSACTION ID # 210037166) FILED BY DEFENDANT FOLEY, CHRISTOPHER PAUL AN INDIVIDUAL ROSS, DOUGLAS AN INDIVIDUAL 1850 BRYANT LAND LLC | View | |
| 2023-05-16 | REPLY TO PLAINTIFF LEIASA BECKHAM AND COUNTERCLAIMANT COMMON GROUND URBAN DEVELOPMENT, LLC'S JOINT OPPOSITION TO DEFENDANTS MOTION LIMINE NO. 2 (TRANSACTION ID # 210037166) FILED BY DEFENDANT FOLEY, CHRISTOPHER PAUL AN INDIVIDUAL ROSS, DOUGLAS AN INDIVIDUAL 1850 BRYANT LAND LLC | View | |
| 2023-05-16 | COURT TRIAL, ADVANCED FROM MAY-18-2023 TO COURT TRIAL AT MAY-17-2023 10:00 AM IN DEPT. 502. (502) | | |
| 2023-05-16 | NTC OF MTN TO QUASH SUBPOENA FILED BY OTHER DUNN, ERIC B HEARING SET FOR MAY-30-2023 AT 09:00 AM IN DEPT 502 | View | $60.00 |
| 2023-05-16 | DECLARATION OF GREGORY J. MORROW IN SUPPORT OF OPPOSITION TO DEFENDANTS MIL (TRANSACTION ID # 100200080) FILED BY PLAINTIFF BECKHAM, LEIASA AN INDIVIDUAL | View | |
| 2023-05-16 | OPPOSITION TO DEFENDANTS MOTIONS IN LIMINE (TRANSACTION ID # 100200080) FILED BY PLAINTIFF BECKHAM, LEIASA AN INDIVIDUAL | View | |
| 2023-05-15 | COURT TRIAL SET FOR MAY-15-2023 HELD AND CONTINUED TO MAY-18-2023 AT 1:30 PM IN 502 FOR MOTIONS IN LIMINE. JUDGE: JEFFREY S. ROSS; CLERK: J. BERTELSEN; NOT REPORTED. (502) | | |
| 2023-05-15 | MINUTES FOR MAY-15-2023 9:30 AM | View | |
| 2023-05-15 | MASTER COURT TRIAL CALENDAR OF MAY-15-2023 ASSIGNED TO COURT TRIAL CALENDAR ON MAY-15-2023 AT 9:30 AM IN DEPT. 502, JEFFREY S. ROSS. TRIAL ESTIMATE: 21 DAYS. JUDGE: ANNE-CHRISTINE MASSULLO; CLERK: D. LOK; COURT REPORTER: MATTER NOT REPORTED. (206) | | |
| 2023-05-15 | DECLARATION OF AARON R. JACKSON KASLOFSKY DEFENDANTS??? OPPOSITION TO BECKHAM???S MOTION IN LIMINE NUMBER 1 TO EXCLUDE POLICE REPORTS (DECLARATIONS) (TRANSACTION ID # 210036955) FILED BY DEFENDANT KASLOFSKY & ASSOCIATES, LLC A CALIFORNIA LIMITED LIABILITY COMPANY KASLOFSKY, THURSTON "THOR" AN INDIVIDUAL | View | |
| 2023-05-15 | OPPOSITION TO BECKHAM'S MOTION IN LIMINE NUMBER 1 TO EXCLUDE POLICE REPORTS (OPPOSITIONS) (TRANSACTION ID # 210036955) FILED BY DEFENDANT KASLOFSKY & ASSOCIATES, LLC A CALIFORNIA LIMITED LIABILITY COMPANY KASLOFSKY, THURSTON "THOR" AN INDIVIDUAL | View | |
| 2023-05-15 | JOINDER TO KASLOFSKY DEFENDANTS OPPOSITION TO BECKHAMS MOTION IN LIMINE NUMBER 1 TO EXCLUDE POLICE REPORTS (JOINDER) (TRANSACTION ID # 210036944) FILED BY DEFENDANT FOLEY, | View | |

**EXHIBIT D**



Case: 26-30686 Doc# 42 Filed: 11/23/26 Entered: 11/23/26 14:29:12 Page 29 of 33

## FRAMEWORK

| | | |
|---|---|---|
| Contract through 12/18 | $ | 747,330.65 |
| Success Fee | $ | 700,000.00 |
| Loss of Profits ADU | $ | 480,631.50 |
| Loss Opportunities | $ | 1,700,000.00 |
| Thor Contract with 1850 $100,000k | $ | 50,000.00 |
| Legal Fees | $ | 631,579.74 |
| Salary Loss 2018-2019-2020-2021-2022 | $ | 1,250,000.00 |
| Promissory Notes Family | $ | 293,535.00 |
| Promissory Notes Common Ground | $ | 368,433.76 |
| Taxes Capital Gains | $ | 47,710.00 |
| Taxes Early Withdrawl IRA | $ | 21,046.00 |
| Credit Cards Debt | $ | 224,721.10 |
| **Total Damages** | **$** | **6,290,266.65** |

EXHIBIT 4

EXHIBIT E



Case: 26-30686 Doc# 42 Filed: 11/23/26 Entered: 11/23/26 14:29:12 Page 31 of 33

# Dunham Properties

Profit and Loss

January 1-November 21, 2026

Co-borrower used Santa Cruz account to conceal 1850 Bryant Defendants money laundering activity (Ex.B)

| | Total |
|---|---|
| Income | |
| Rental Income | 223,525.97 |
| Uncategorized Income | 9,528.00 |
| **Total Income** | **$233,053.97** |
| **Gross Profit** | **$233,053.97** |
| Expenses | |
| Automobile Expense | 4.67 |
| Dues and Subscriptions | 1,703.00 |
| Insurance Expense | 14,538.68 |
| Interest Paid | |
| HELOC Interest | 18,959.41 |
| Mortgage Interest Expense | $3,343.75 |
| 812 Green | 20,311.76 |
| **Total for Mortgage Interest Expense** | **$23,655.51** |
| **Total for Interest Paid** | **$42,614.92** |
| Legal & Professional Fees | |
| Accounting Services | 3,304.00 |
| **Total for Legal & Professional Fees** | **$3,304.00** |
| Office Supplies & Software | 1,019.88 |
| Postage | 7.19 |
| Repairs and Maintenance | |
| Building | 112.93 |
| Materials | 3,061.90 |
| Plumbing | 200.00 |
| **Total for Repairs and Maintenance** | **$3,374.83** |
| Taxes & Licenses | 1,147.50 |
| Taxes - Property | |
| CA property tax from Escrow | 11,408.74 |
| Green 812 Property Tax from Escrow | 16,708.35 |
| Green 824 Property Tax from Escrow | 36,148.92 |
| **Total for Taxes - Property** | **$64,266.01** |
| Uncategorized Expense | 3,000.00 |
| Utilities | |
| PGE | 709.25 |
| Sanitation | 2,560.19 |
| Telephone Expense | 2,598.61 |
| Water | 10,900.54 |
| **Total for Utilities** | **$16,768.59** |
| **Total Expenses** | **$151,749.27** |
| **Net Operating Income** | **$81,304.70** |
| **Net Income** | **$81,304.70** |

| 2019 | DUNHAM PROPERTIES, LLC RENTAL INCOME 1284-1288 Cal St. San Francisco account xxx-xxxx-8891 | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | | 2019 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Balance | $ 757 | $ 1,593 | $ 500 | $ 8,137 | $ 1,657 | $ 143 | $ 967 | $ 325 | $ 1,428 | $ 4,725 | $ 12,823 | $ 10,041 | | $ 43,095 |
| | Rental Income Deposit-Branch | | | | | | | | | | | | | | $ - |
| | Rental Income Pay-Pal | $ 8,962.00 | $ 8,962.00 | $ 9,000.50 | $ 9,240.00 | $ 9,058.00 | $ 9,058.00 | $ 9,058.00 | $ 10,588.00 | $ 9,058.00 | $ 9,058.00 | $ 9,058.00 | $ 9,058.00 | | $ 110,159 |
| | Rental Income: Venmo | $ 9,240.00 | $ 6,180.00 | $ 7,710.00 | $ 9,244.00 | $ 6,180.00 | $ 7,710.00 | $ 10,660.00 | $ 6,180.00 | $ 10,770.00 | $ 6,480.00 | $ 7,410.00 | $ 10,410.00 | | $ 98,174 |
| | frm Dunn Personal ATM REBATE Checking xxx-xxxx-5291 | | | | | | | | | | | | | | $ - |
| | frm Dunn controlled Joint Savings xxx-xxxx-4127 | | | | $ 9,850 | | | | | | | | | | $ 9,850 |
| | fr Edythe xxx-xxxx- 0832 | $ 500 | | | | | | | | | | | | | $ 500 |
| | Total | $ 18,702.00 | $ 15,142.00 | $ 16,710.50 | $ 28,334.00 | $ 15,238.00 | $ 16,768.00 | $ 19,718.00 | $ 16,768.00 | $ 19,828.00 | $ 15,538.00 | $ 16,468.00 | $ 19,468.00 | # | $ 218,682.50 |
| | Withdrawls, Debits and Checks | | | | | | | | | | | | | | |
| | Auto-Debit 1284-1288 California St. Mortgage Payment | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | $ (5,444.29) | | $ (65,331) |
| | DUNHAM Additional Dwelling Unit Project (ADU) Architecture & Engineering (A&E) | | | | | | | | | | | | | | |
| | to Dunn personal xxx-xxxx-5309 | | | | | | | | | | | | | | $ - |
| | to Dunn Personal xxx-xxxx-5291 | $ (2,922) | $ (250.00) | | | | | | | | | | | | $ (3,172) |
| | to Dunn Controlled Joint xxx-xxxx-4127 | $ (3,500) | | | | $ (100) | | | $ (1,126) | | | | | | $ (4,726) |
| | to Dunn Controlled 824 Green Mortgage xxx-xxxx-6615 | $ (2,000) | $ (10,000) | | $ (9,000) | $ (10,000) | $ (9,500) | $ (13,500) | $ (1,100) | | | $ (10,000) | | | $ (65,100) |
| | to Dunn Controlled 812-816 Green xxx-xxxx-8883 | | | | $ (10,000) | $ (500) | $ (1,000) | | $ 1,000 | $ 10,000 | | | | | $ (500) |
| | Total | $ 24,294.73 | $ 16,182.44 | $ 28,476.72 | $ 40,360.27 | $ 16,088.72 | $ 17,734.70 | $ 21,458.41 | $ 27,189.94 | $ 45,639.24 | $ 30,357.11 | $ 30,314.95 | $ 43,532.51 | | $ 341,629.74 |
| | **DUNHAM PROPERTIES, LLC 812-816 Green Rental Income xxx-xxxx-8883** | **Jan** | **Feb** | **Mar** | **Apr** | **May** | **Jun** | **Jul** | **Aug** | **Sep** | **Oct** | **Nov** | **Dec** | | |
| | Balance | $ 8,103.99 | $ 2,225.98 | $ 519.59 | $ 6,090.82 | $ 565.74 | $ 1,208.74 | $ 1,120.37 | $ 2,036.19 | $ 147,796.43 | $ 16,400.00 | $ 19,622.13 | $ 24,908.99 | | $ 230,598.97 |
| | Deposit-Branch | | | | | | | | $ 172,581.50 | | | | | | $ 172,581.50 |
| | mobile deposit | | $ 5,300.00 | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | $ 4,900.00 | | | | | | | $ 29,800.00 |
| | Pay-pall | | | | | | | | | $ 9,960.00 | $ 4,980.00 | $ 4,980.00 | $ 4,980.00 | | $ 24,900.00 |
| | Venmo | $ 5,600.00 | $ 5,600.00 | $ 5,300.00 | $ 5,300.00 | $ 5,600.00 | $ 5,000.00 | $ 3,021.00 | $ 12,000.00 | $ 5,437.00 | $ 5,437.00 | $ 6,507.00 | $ 2,737.00 | | $ 67,539.00 |
| | Dunn Company Rental Income | $ 710.00 | $ 710.00 | $ 710.00 | $ 710.00 | $ 710.00 | | $ 1,420.00 | | $ 1,420.00 | | $ 710.00 | $ 710.00 | | |
| | frm Dunn 1284-1288 California Mortgage xxx-xxx-8891 | | | | | $ 10,000.00 | $ 1,000.00 | | | $ (8,000.00) | $ 10,631.00 | $ 4,300.00 | $ 7,800.00 | | $ 25,731.00 |
| | 816 Green Rental (Linda Dunn's APT) | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | | $ 48,000.00 |
| | frm Dunn Personal checking xxx-xxxx-5291 | | | | | | | $ 4,136.00 | | | | | | | $ 4,136.00 |
| | fr Dunn Controlled Edythe Dunn xxx-xxxx-0832 | | | | | | | | | $ 10,000.00 | | | | | |
| | frm Dunn Controlled Joint xxx-xxxx-4127 | $ 500.00 | | | | | | | | | | | | | |
| | TOTAL | $ 10,810.00 | $ 15,610.00 | $ 14,910.00 | $ 14,910.00 | $ 25,210.00 | $ 14,900.00 | $ 17,477.00 | $ 188,581.50 | $ 22,817.00 | $ 25,048.00 | $ 20,497.00 | $ 20,227.00 | | $ 372,687.50 |
| | Withdrawls, Debits and Checks | | | | | | | | | | | | | | $ - |
| | Auto-Debit 812-186 Green Mortgage Payment | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | $ (7,387.60) | | $ (88,651.20) |
| | DUNHAM Additional Dwelling Unit Project (ADU) Architecture & Engineering (A&E) | | | | | | | | | | | | | | |
| | to Dunn 1284-1288 California xxx-xxxx-8891 | | | | $ (10,000.00) | | | | $ (2,000.00) | $ (10,000.00) | | | | | $ (22,000.00) |
| | to 824 Green Mortgage xxx-xxxx-6615 | $ (9,000.00) | $ (6,000.00) | $ (710.00) | $ (19,626.82) | | $ (3,000.00) | | | | | | | | $ (38,336.82) |
| | to Dunn Personal xxx-xxxx-5291 | | | | | | $ (2,000.00) | | $ (17,500.00) | $ (7,595.72) | | | | | $ (27,095.72) |
| | To Dunn Controlled Joint xxx-xxxx-4127 | | | | | | | | | $ (98,000.00) | | | | | $ (98,000.00) |
| | | $ 13,336.39 | $ 20,058.38 | $ 22,241.99 | $ (1,103.60) | $ 43,598.14 | $ 18,621.14 | $ 28,686.77 | $ 352,311.59 | $ 70,447.11 | $ 59,108.40 | $ 53,228.53 | $ 57,975.39 | | $ 701,890.23 |
| | **DUNHAM PROPERTIES, LLC OWNER-OCCUPIED ACCOUNT 824 Green St., SF, Ca xxxx-xxx-6615** | **Jan** | **Feb** | **Mar** | **Apr** | **May** | **Jun** | **Jul** | **Aug** | **Sep** | **Oct** | **Nov** | **Dec** | | **TOTAL** |
| | Beginning Balance | $ 489.34 | $ 348.26 | $ 12,404.29 | $ 615.31 | $ 400.27 | $ 222.49 | $ 997.49 | $ 311.88 | $ 2,655.72 | $ 18,995.65 | $ 6,773.69 | $ 4,006.16 | | $ 48,220.55 |
| | frm Dunn Controlled 1284-1288 California Rental Income xxx-xxxx-8891 | $ 2,000.00 | $ 10,000.00 | | $ 9,000.00 | $ 10,000.00 | $ 9,500.00 | $ 13,500.00 | $ 13,000.00 | | | $ 10,000.00 | | | $ 77,000.00 |
| | frm Dunn Controlled 812-816 Green Rental Income xxx-xxxx-8883 | $ 8,300.00 | $ 4,420.00 | $ 710.00 | $ 19,600.00 | $ 3,800.00 | $ 3,000.00 | | | $ 8,000.00 | | | | | $ 47,830.00 |
| | frm Dunn controlled Joint Savings xxx-xxxx-4127 | $ 2,000.08 | $ 12,000.00 | | $ 11,500.00 | | | | | | | | | | $ 25,500.08 |
| | frm Dunn Personal ATM Checking xxx-xxxx-5291 | | | | | | | | | | | | $ 40,000.00 | | $ 40,000.00 |
| | Mobil deposit | | | | | | | | $ 5,332.45 | $ 21,054.08 | | | | | $ 26,386.53 |
| | -king Lease @ 812-816 Green Rental & UNKNOWN CONCEALED INCOME Venmo/ Cash-out | | | | $ 600.00 | | $ 300.00 | | | $ 600.00 | | $ 300.00 | | | $ 1,800.00 |
| | | $ 12,300.08 | $ 26,420.00 | $ 710.00 | $ 40,700.00 | $ 13,800.00 | $ 12,800.00 | $ 13,500.00 | $ 18,332.45 | $ 29,654.08 | $ - | $ 10,300.00 | $ 40,000.00 | | $ 218,516.61 |
| | Withdrawls, Debits and Checks | | | | | | | | | | | | | | $ - |
| | Auto-Debit Mortgage Payment: Bridge Loan-to(-Owner-Occupied 2-4 Family 30yr fix) | $ (12,025.00) | $ (12,025.00) | $ (12,025.00) | $ (12,025.00) | $ (12,025.00) | $ (12,025.00) | $ (12,025.00) | $ (12,025.00) | $ (12,025.00) | $ (12,025.00) | $ (12,025.00) | $ (12,025.00) | | $ (144,300.00) |
| | DUNHAM Additional Dwelling Unit Project (ADU) Architecture & Engineering (A&E) | | | | | | | | | | | | | | |
| | SF Property Tax | | | | $ (28,290.04) | | | | | | | | $ (28,631.94) | | $ (56,921.98) |
| | to 1284-1288 California Street Rental Income xxx-xxxx-8891 | $ (200.00) | | | | | | | | | | | | | $ (200.00) |
| | to 812-816 Green Rental Income xxx-xxxx-8883 | | | | | $ (1,000.00) | | | $ (1,000.00) | | | | | | $ (2,000.00) |
| | frm Dunn Personal ATM REBATE Checking xxx-xxxx-5291 | | $ (2,500.00) | | | $ (200.00) | | $ (1,200.00) | $ (1,200.00) | | | | | | $ (5,100.00) |
| | DUNHAM MAINTENCE CREDIT CARD:CITIBANK/ONLINE PMT | | | | | | | | | | | $ (417.59) | $ (276.55) | | $ (694.14) |
| | Golden Gate Alarm | | | | | | | | | | $ (186.00) | | | | $ (186.00) |
| | PG&E | $ (216.16) | | $ (377.98) | $ (600.00) | $ (321.55) | | $ (460.61) | $ (304.96) | $ (789.15) | $ (10.96) | $ (124.94) | $ (386.87) | | $ (3,593.18) |
| | SFPUC | | $ (138.97) | $ (396.00) | | $ (431.23) | | $ (500.00) | $ (320.84) | $ (500.00) | | $ (500.00) | $ (336.95) | | $ (3,123.99) |
| | | $ (12,441.16) | $ (14,663.97) | $ (12,798.98) | $ (40,915.04) | $ (13,977.78) | $ (12,025.00) | $ (14,185.61) | $ (14,850.80) | $ (13,314.15) | $ (12,221.96) | $ (13,067.53) | $ (41,657.31) | | $ (216,119.29) |